## SANTANA *v.* TEXAS

No. 1002.   Decided April 20, 1970

*H. Ernest Griffith* for petitioner.

*Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Alfred Walker,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Monroe Clayton,* Assistant Attorneys General, for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted, the judgment is vacated and the case is remanded to the Supreme Court of Texas for further consideration in light of *In re Winship, ante,* p. 358.

THE CHIEF JUSTICE and MR. JUSTICE STEWART dissent for the reasons set forth in the dissenting opinion of THE CHIEF JUSTICE in *In re Winship, ante,* p. 375.   MR. JUSTICE BLACK dissents for the reasons set forth in his dissenting opinion in *In re Winship, ante,* p. 377.